Order Prepared By:
**Matthew B. Crane** (UTB# 13909)
Ford & Crane PLLC
4161 N. Thanksgiving Way, Suite 300
Lehi, UT 84043
Telephone: (801) 331-8668
Email: matthew.crane@fordcranelaw.com
*Attorney for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT,
IN AND FOR THE CENTRAL DISTRICT OF UTAH**

| | |
|---|---|
| LINDA SUDA,<br><br>    Plaintiff,<br><br>vs.<br><br>MAVERIK, INC., A Utah Corporation, John Does I – X, XYZ Corporations and/or Limited Liability Companies I – X.<br><br>    Defendants. | **ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br>Case No. 2:18-CV-476-DB-DBP<br><br>Judge Dee Benson |

This matter is before the Court pursuant to the Stipulated Motion to Dismiss with Prejudice (the "Motion") filed by the parties on October 18th, 2018. Having reviewed the Motion, there appears good cause that it should be GRANTED.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this matter is dismissed with prejudice.

DATED the 19th day of October, 2018

                                  BY THE COURT

                                  _____

                                  United States Judge Dee Benson

## **CERTIFICATE OF SERVICE**

I, the undersigned, certify that on the \_\_\_\_ day of October, 2018, I caused a true and correct copy of the foregoing ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE to be filed with the Court via CM/ECF, which caused notice to be served upon all e-filing counsel of record via the Court's Notice of Electronic Filing [NEF].

/s/ Matthew B. Crane